

# Court of Appeals
# Fifth District of Texas at Dallas
## MANDATE

**TO THE 44TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 19th day of February, 2019, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| HARRIS HOSPICE, INC., Appellant | On Appeal from the 44th Judicial District Court, Dallas County, Texas |
| No. 05-18-01511-CV        V. | Trial Court Cause No. DC-16-12742. Opinion delivered by Justice Carlyle. |
| GLEN JONES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF RUTH JONES, DECEASED, Appellee | Justices Bridges and Partida-Kipness participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellee Glen Jones, Individually and as the Representative of the Estate of Ruth Jones, Deceased recover his costs of this appeal from appellant Harris Hospice, Inc..

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON ROBERT D. BURNS, III, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 1st day of May 2019.



_____
Lisa Matz, Clerk